# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARTAJ SINGH,<br><br>    Petitioner,<br><br>    v.<br><br>TONYA ANDREWS, et al.,<br><br>    Respondents. | Case No. 1:25-cv-01669-KES-SAB-HC<br><br>ORDER DIRECTING PARTIES TO SUBMIT JOINT STATEMENT |

Petitioner, represented by counsel, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On November 28, 2025, Petitioner filed a petition for writ of habeas corpus and a motion for temporary restraining order ("TRO"). (ECF Nos. 1, 2.) On January 1, 2026, the Court granted a preliminary injunction, ordered Petitioner released, and referred the matter to the undersigned for further proceedings including the preparation of findings and recommendations on the petition or other appropriate action. (ECF No. 11 at 10.)

///
///
///
///
///

1

1    The Court HEREBY ORDERS that within **seven (7) days** of the date of service of this
2 order, the parties SHALL meet and confer and submit a joint statement regarding mootness
3 issues, case management, and any proposed briefing schedule.

IT IS SO ORDERED.

Dated:  **January 5, 2026**

STANLEY A. BOONE
United States Magistrate Judge