# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SARTAJ S.,

      Petitioner,

      v.

TONYA ANDREWS, et al.,

      Respondents.

Case No. 1:25-cv-01669-KES-EPG-HC

FINDINGS AND RECOMMENDATION TO GRANT PETITION FOR WRIT OF HABEAS CORPUS

Petitioner, represented by counsel, is proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On November 28, 2025, Petitioner filed a petition for writ of habeas corpus and a motion for temporary restraining order. (ECF Nos. 1, 2.) On January 1, 2026, the Court granted Petitioner's motion for preliminary injunction and ordered Petitioner released. (ECF No. 11.) The matter was referred to the undersigned "for further proceedings including the preparation of findings and recommendations on the petition or other appropriate action." (Id. at 10.[1]) On January 26, 2026, Respondents filed a response "submit[ting] on the previously submitted briefs." (ECF No. 15.)

Accordingly, for the reasons stated in the previous decisions set forth in the order granting preliminary injunction, (ECF No. 11), the undersigned HEREBY RECOMMENDS that the petition for writ of habeas corpus be GRANTED.

---

[1] Page numbers refer to the ECF page numbers stamped at the top of the page.

1

This Findings and Recommendation is submitted to the assigned United States District Court Judge, pursuant to the provisions of 28 U.S.C. § 636 (b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within **FOURTEEN (14) days** after service of the Findings and Recommendation, any party may file written objections, **no longer than fifteen (15) pages, including exhibits**, with the Court and serve a copy on all parties. Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation." Replies to the objections shall be served and filed within fourteen (14) days after service of the objections. The assigned United States District Court Judge will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636(b)(1)(C). The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Wilkerson v. Wheeler, 772 F.3d 834, 839 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **May 27, 2026**                          /s/ Erica P. Grosjean

UNITED STATES MAGISTRATE JUDGE

2