UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SARTAJ SINGH,<br><br>Petitioner,<br><br>v.<br><br>TONYA ANDREWS, Golden State Annex Detention Facility Administrator; SERGIO ALBARRAN, Acting Field Office Director of the San Francisco Immigration and Customs Enforcement Office; TODD LYONS, Acting Director of United States Immigration and Customs Enforcement; KRISTI NOEM, Secretary of the United States Department of Homeland Security; PAMELA BONDI, Attorney General of the United States,<br><br>Respondents. | Case No. 1:25-cv-1669-KES-EPG (HC)<br><br>A-Number: 240-609-705<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND DIRECTING CLERK OF COURT TO CLOSE CASE<br><br>Docs. 1, 16 |

Petitioner is a former immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  Petitioner filed a motion for temporary restraining order, which the Court converted to a motion for a preliminary injunction and granted.  Docs. 2, 11. The Court referred the matter to the magistrate judge for further proceedings.  Doc. 11.

On May 27, 2026, the magistrate judge issued findings and recommendations recommending the Court grant the petition for writ of habeas corpus for the reasons set forth in the order granting preliminary injunction.  Doc. 16 at 1.  The findings and recommendations were

1

served on the parties and contained notice that any objections thereto were to be filed within fourteen days after service. *Id.* at 2. No objections have been filed and the time for doing so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the Court reviewed the matter de novo. Having carefully reviewed the file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly:

1. The findings and recommendations issued on May 27, 2026, Doc. 16, are adopted in full.

2. The petition for writ of habeas corpus, Doc. 1, is granted.

3. Respondents are ENJOINED and RESTRAINED from re-detaining petitioner Sartaj Singh (A-Number 240-609-705) unless they demonstrate, by clear and convincing evidence at a pre-deprivation bond hearing before a neutral decisionmaker, that he is a flight risk or danger to the community such that his physical custody is legally justified.[1]

4. The Clerk of Court is directed to close the case.

IT IS SO ORDERED.

Dated:    July 15, 2026

UNITED STATES DISTRICT JUDGE

---

[1] This Order does not address the circumstances in which Respondents may detain Petitioner in the event he becomes subject to an executable final order of removal.

2